I IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DWAYNE DOBSON,
Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,
Defendant.

Case No. 20–CV–00299–JPG

## JUDGMENT

This matter having come before the Court, and the Court having reached a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that Defendant Commissioner of Social Security's benefits decision is **AFFIRMED**.

**Dated: Thursday, March 11, 2021**

**MARGARET M. ROBERTIE
CLERK OF COURT**

**s/Tina Gray, Deputy Clerk**

**Approved by: s/J. Phil Gilbert
              J. PHIL GILBERT
              UNITED STATES DISTRICT JUDGE**